IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT LEANDER STIGGERS**                                              **PETITIONER**
**ADC #133728**

v.                          Case No. 5:14-cv-00219-KGB-JTK

**WENDY KELLEY, Director,**                                              **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 14). There have been no objections filed, and the time for filing objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly. It is therefore ordered that petitioner Robert Leander Stiggers's petition for writ of habeas corpus is denied with prejudice. The Court will not issue a certificate of appealability because petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

SO ORDERED this the 21st day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE