IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT LEANDER STIGGERS**               **PETITIONER**
**ADC #133728**

v.                 Case No. 5:14-cv-00219-KGB-JTK

**WENDY KELLEY, Director,**               **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Consistent with the Order entered in this case on this date, it is considered, ordered, and adjudged that plaintiff's complaint is dismissed with prejudice. The Court will not issue a certificate of appealability because petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

SO ADJUDGED this the 21st day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE